IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 12-cv-02484-WJM-BNB

MARIA REYNOLDS,

    Plaintiff,

v.

PROCOLLECT, INC., a Texas corporation,

    Defendant.

## FINAL JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 55(b) and the Order Granting Plaintiff's Motion for Default Judgment entered by the Honorable William J. Martínez on July 19, 2013, and incorporated herein by reference as if fully set forth, it is

ORDERED that Plaintiff's Motion for Default Judgment Against Defendant is GRANTED.  It is

FURTHER ORDERED that final, default judgment is hereby entered in favor of Plaintiff, Maria Reynolds, and against Defendant, ProCollect, Inc., in the amount of $4,089.50 as statutory damages, reasonable attorneys' fees and costs.  It is

FURTHER ORDERED that plaintiff's Complaint and this civil action are DISMISSED with prejudice.  It is

FURTHER ORDERED, that post-judgment interest shall accrue at the rate of 0.13% from the date of entry of judgment.

DATED at Denver, Colorado this __19th__ day of July, 2013.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK
                              By: s/ Edward P. Butler
                              Edward P. Butler, Deputy Clerk